IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RONALD VAN POOL,

    Plaintiff,

v.

CITY AND COUNTY OF SAN FRANCISCO, SAN FRANCISCO FIRE DEPARTMENT, and DOES 1 through 10,

    Defendants.

No. C 05-02596 WHA

**COURT NOTICE RE ADVANCING TRIAL DATE**

    Your case is set for trial in September 2006. The Court would like to consider advancing the trial to April or May 2006. Please file a joint statement by **MARCH 1, 2006**, as to this prospect.

    **IT IS SO ORDERED.**

Dated: February 23, 2006.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE